1  McGREGOR W. SCOTT
   United States Attorney
2  KYMBERLY A. SMITH
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2771

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10
   UNITED STATES OF AMERICA,      )   CR. S-03-0071 FCD
11                                )
                 Plaintiff,       )   STIPULATION AND ORDER
12                                )
           v.                     )
13                                )   Date:  July 31, 2006
   TISH MARIE BILLINGS,           )   Time:  9:30 a.m.
14                                )   Judge: Hon. Frank C. Damrell Jr.
                 Defendant.       )
15 _____)   **"AS MODIFIED"**

16      IT IS HEREBY STIPULATED and agreed to between the United
17 States of America through Kymberly A. Smith, Assistant U.S.
18 Attorney, and defendant Tish Marie Billings, by and through her
19 counsel, Fred Dawson, Esquire, that the parties request that the
20 Admit or Deny Hearing regarding a pending Probation Violation be
21 continued.  This matter is presently scheduled for July 31, 2006
22 at 9:30 a.m.  The parties request that this matter be rescheduled
23 to August 14, 2006 at 9:30 a.m.
24      The basis for this request is that the parties are working
25 towards disposition of this matter and need more time to research
26 and discuss possible resolution to present to this Court.
27 ///
28 ///

Additionally, counsel for the United States is out of the office the week of July 31, 2006.

Dated:  July 26, 2006

                              Respectfully submitted,

                              McGREGOR W. SCOTT
                              United States Attorney

                        By:  /s/ Kymberly A. Smith
                              KYMBERLY A. SMITH
                              Assistant U.S. Attorney

Dated: July 26, 2006

                              /s/ Fred Dawson
                              FRED DAWSON, ESQ.
                              Attorney for Defendant
                              TISH MARIE BILLINGS

## **O R D E R**

**IT IS SO ORDERED.**

Dated: July 26, 2006

                              /s/ Frank C. Damrell Jr.
                              FRANK C. DAMRELL JR.
                              United States District Judge